UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:96CR00146-001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES DERRICK JACKSON | ) | |

It now appearing to the court that the said James Derrick Jackson died on or about March 8, 2000, at which time a remaining liability existed in the amount of $4,125.00. **THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This 13 September 2011.

_____
W. Earl Britt
Senior U.S. District Judge